UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| C. JOHNSON, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Johnny William Johnson III's application to proceed *in forma pauperis* ("IFP"). ECF No. 9.

On July 8, 2022, I ordered Johnson to file a complete IFP application or pay the $5.00 filing fee before August 26, 2022. Johnson has filed an incomplete IFP application and a letter explaining that he provided a financial certificate to the proper prison officials but has not received it back yet. ECF Nos. 9, 9-1. Because Johnson needs additional time to receive his financial certificate, I defer ruling on his IFP application and grant him additional time to file a completed financial certificate and statement of his inmate account.

I THEREFORE ORDER that Johnson has until October 17, 2022, to file a signed financial certificate and a statement of his inmate account.

Dated: September 1, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE