**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| C. JOHNSON, et al., | |
| Respondents. | |

Petitioner Johnny William Johnson, III initiated this case by submitting a Petition for Writ of Habeas Corpus on March 14, 2022, but he did not pay the $5.00 habeas filing fee or file an application to proceed *in forma pauperis* ("IFP") for incarcerated litigants. *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. On April 6, 2022, the Court ordered Petitioner to either pay the $5 filing fee or submit a complete IFP application with all required attachments within 45 days. ECF No. 3. Petitioner was warned that a failure to comply by (a) submitting a complete IFP application, or (b) paying the filing fee would result in the dismissal of this action. *Id.* The 45-day deadline expired May 23, 2022. Because Petitioner failed to file a completed IFP application or pay the filing fee by that date, I dismissed the petition without prejudice on May 25, 2022. ECF No. 4. Judgement was entered. ECF No. 6.

On June 30, 2022, Petitioner filed a motion to reopen case, explaining that he never received my April 6, 2022, order. ECF No. 7. Based on Petitioner's representations, on July 8, 2022, I reopened this case, vacated the dismissal order and judgment, and gave Petitioner another opportunity to comply. ECF No. 8. I gave Petitioner until August 26, 2022, to comply and warned Petitioner that "[f]ailure to comply will result in this action being dismissed again." *Id.* at

2.  On August 30, 2022, Petitioner filed an incomplete IFP application and a letter explaining that he provided a financial certificate to the proper prison officials but has not received it back yet. ECF Nos. 9, 9-1.  Because Johnson needed additional time to receive his financial certificate, I deferred ruling on his IFP application and granted him an additional 45 days, until October 17, 2022, to file a completed financial certificate and statement of his inmate account. ECF No. 10.  The October 17, 2022, deadline has passed, and Petitioner has not filed a completed financial certificate and statement of his inmate account, paid the filing fee, requested an extension of time, updated the Court on the status of his request for a financial certificate, or taken any other action to prosecute this case.

I THEREFORE ORDER:

1.  Petitioner Johnny William Johnson III's Petition for Writ of Habeas Corpus **[ECF No. 5] is DISMISSED WITHOUT PREJUDICE** based his on failure to comply with the Court's Orders [ECF No. 8, 10] or the Local Rules of Practice.

2.  Petitioner's motion for leave to proceed in forma pauperis **[ECF No. 9] is denied as incomplete.**

3.  Petitioner is denied a certificate of appealability, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

4.  The Clerk of Court is instructed to enter final judgment accordingly and close this case.

Dated:   October 24, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE