UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| C. JOHNSON, et al., | |
| Respondents. | |

Counseled Petitioner Johnny William Johnson, III has filed an unopposed motion for extension of time. ECF No. 25.  This is Johnson's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that Johnson's unopposed motion for extension of time **[ECF No. 25] is granted**.  Johnson will have up to and including September 25, 2023, to file his amended petition.

Dated: July 27, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE