**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNNY WILLIAM JOHNSON, III,

                          Petitioner,

v.

C. JOHNSON, et al.,

                          Respondents.

Case No. 2:22-cv-00462-APG-EJY

**ORDER**

Counseled Petitioner Johnny William Johnson, III has filed an unopposed motion for extension of time. ECF No. 27.  This is Johnson's second request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that Johnson's unopposed motion for extension of time **[ECF No. 27] is granted**.  Johnson will have up to and including November 27, 2023, to file his amended petition.

Dated: September 25, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE