**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>  Petitioner,<br><br>v.<br><br>C. JOHNSON, et al.,<br><br>  Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

Counseled Petitioner Johnny William Johnson, III has filed an unopposed motion for extension of time. ECF No. 29. This is Johnson's third request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that Johnson's unopposed motion for extension of time [ECF No. 29] is granted. Johnson will have up to and including January 26, 2024, to file his amended petition.

Dated: November 28, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE