UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>C. JOHNSON, et al.,<br><br>Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

Counseled Petitioner Johnny William Johnson, III has filed an unopposed motion for extension of time. ECF No. 31.  This is Johnson's fourth request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that Johnson's unopposed motion for extension of time [ECF No. 31] is granted.  Johnson will have up to and including March 11, 2024, to file his amended petition.

Dated: January 26, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE