UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| C. JOHNSON, et al., | |
| Respondents. | |

Counseled Petitioner Johnny William Johnson, III has filed an unopposed motion for extension of time. ECF No. 33. This is Johnson's fifth request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that Johnson's unopposed motion for extension of time [ECF No. 33] is granted. Johnson will have up to and including March 18, 2024, to file his amended petition.

Dated: March 11, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE