**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>C. JOHNSON, et al.,<br><br>Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

The respondents have filed an unopposed motion for extension of time to file their response to the first-amended petition. ECF No. 40.  This is the respondents' first request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed motion for extension of time [ECF No. 40] is granted.  The respondents will have up to and including July 12, 2024, to file their response to the first-amended petition.

Dated: May 14, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE