UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| C. JOHNSON, et al., | |
| Respondents. | |

The respondents have filed an unopposed motion for extension of time to file their response to the first-amended petition. ECF No. 46. This is the respondents' third request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed motion for extension of time [ECF No. 46] is granted. The respondents will have up to and including September 25, 2024, to file their response to the first-amended petition.

Dated: August 26, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE