UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>C. JOHNSON, et al.,<br><br>Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

Petitioner Johnny William Johnson, III, has filed an unopposed motion for extension of time to file his opposition to the motion to dismiss. ECF No. 57. This is Johnson's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 57] is granted. Johnson has up to and including November 8, 2024, to file his opposition.

Dated: October 15, 2024

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE