# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY WILLIAM JOHNSON, III,

                        Petitioner,

v.

NETHANJAH BREITENBACH, et al.,

                        Respondents.

Case No. 2:22-cv-00462-APG-EJY

**ORDER**

Respondents have filed an unopposed motion for a 45-day extension of time to file their answer to Petitioner Johnny William Johnson, III's first-amended petition. ECF No. 66. This is Respondents' second request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 66] is granted. Respondents have up to and including June 16, 2025, to file their answer.

Dated: May 6, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE