**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 2:22-cv-00462-APG-EJY |
| Petitioner, | **ORDER** |
| v. | |
| NETHANJAH BREITENBACH, et al., | |
| Respondents. | |

Respondents have filed an unopposed motion for a 30-day extension of time to file their answer to Petitioner Johnny William Johnson, III's first-amended petition. ECF No. 68. This is Respondents' third request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 68] is granted. Respondents have up to and including July 16, 2025, to file their answer.

Dated: June 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE