# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, et al.,<br><br>Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

Respondents have filed an unopposed motion for a 30-day extension of time to file their answer to Petitioner Johnny William Johnson, III's first-amended petition. ECF No. 70. This is Respondents' fourth request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 70] is granted. Respondents have up to and including August 15, 2025, to file their answer.

Dated: July 18, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE