UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, et al.,<br><br>Respondents. | Case No. 2:22-cv-00462-APG-EJY<br><br>**ORDER** |

Petitioner Johnny William Johnson, III has filed an unopposed motion for a 60-day extension of time to file his reply to Respondents' answer to his first-amended petition. ECF No. 74. This is Johnson's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 74] is granted. Johnson has up to and including November 14, 2025, to file his reply.

Dated: September 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE